1  Steven C. Finley CSB# 074391
   HENNEFER, FINLEY & WOOD, LLP
2  425 California Street, 19th Floor
   San Francisco, CA 94104
3  Telephone: (415) 296-0111
   Facsimile:  (415) 296-7111
4  Email: finley@finleydeaton.com

5  Attorneys for Plaintiffs Capital Business Service, Inc.
   and Stewart J. Burch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL BUSINESS SERVICE, INC. and STEWART J. BURCH,<br><br>　　　　　Plaintiffs,<br><br>vs.<br><br>THE TRAVELERS COMPANIES INC., formerly ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and ST. PAUL TRAVELERS, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants. | Case No.: 3:07-cv-4355 JCS<br><br>**PLAINTIFF'S DEMAND FOR JURY TRIAL** |

　　　Plaintiffs Capital Business Service, Inc. and Stewart Burch hereby demand a trial by jury in this action.

Dated: August 27, 2007

Respectfully Submitted,

HENNEFER, FINLEY & WOOD

By _____
Steven C. Finley, Attorneys for Plaintiffs Capital Business Service, Inc. and Stewart J. Burch

PROOF OF SERVICE
[Code Civ. Proc. § 1013(a)]

I, the undersigned, declare that I am over the age of eighteen (18) years, and not a party to the within entitled action. I am employed at Hennefer, Finley & Wood, LLP, 425 California Street, 19th Floor, San Francisco, CA 94104. On the date listed below, I caused the following document(s) to be served as indicated below:

Plaintiff's Demand for Jury Trial

on the parties in said cause, by placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

Jeffrey L. Fillerup, Esq.
Luce Forward
121 Spear Street, Suite 200
San Francisco, CA 94105
Fax: 415.356.4610

X    **BY MAIL** Having full knowledge of the outgoing mail system at this firm, in that all mail in the outgoing basket is deposited each evening in the United States Mail, in the City and County of San Francisco, State of California, I enclosed a true copy of said document(s) in a sealed envelope, with fully-paid postage thereon in the outgoing mail basket, as indicated above.

**BY PERSONAL SERVICE** I caused each such envelope to be delivered by hand to the addressee(s) noted above, as indicated above.

**BY FACSIMILE** I caused the said document to be transmitted by Facsimile machine to the number indicated above.

**BY FEDERAL EXPRESS MAIL** I caused each such envelope to be deposited into a designed Federal Express mail box for pick up on the date of execution of this Declaration.

I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct. Executed on August 27, 2007 at San Francisco, California.

_____
JANE ROBBINS