Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: jfillerup@luce.com

Attorneys for Defendants
Travelers Companies, Inc.,
St. Paul Mercury Insurance Company,
St. Paul Fire and Marine Insurance
Company, and St. Paul Travelers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL BUSINESS SERVICE, INC. AND STEWART J. BURCH,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS COMPANIES, INC., ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and ST. PAUL TRAVELERS,<br><br>Defendants. | Case No. C 07-4355-JCS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(6), OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION UNDER CIVIL CODE SECTION 2860**<br><br>Date:   October 5, 2007<br>Time:   9:30 a.m.<br>Courtroom: A (15th Floor) |

TO:    THE PLAINTIFFS AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that on October 5, 2007 at 9:30 a.m in Courtroom A (15th Floor), of the above Court, located at 450 Golden Gate Avenue, San Francisco, CA 94102, Defendants Travelers Companies, Inc., St. Paul Mercury Insurance Company, St. Paul Fire and Marine Insurance Company, and St. Paul Travelers (collectively "Defendants") will move this Court for an order dismissing all of the claims in the Complaint pursuant to Federal Rule of Civil Procedure 12(b)(6), or in the alternative, the Defendants will move this Court for an order compelling arbitration of the claims in the complaint pursuant to California Civil Code Section

2860. This Motion shall be based on this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Plaintiffs' Complaint and the exhibits attached thereto, the pleadings on file in this case, any matters for which the Court may take judicial notice, as well as any further evidence and argument submitted by the Defendants in support of this Motion.

DATED: August 29, 2007            LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Jeffrey L. Fillerup
Attorneys for Defendants
Travelers Companies, Inc.,
St. Paul Mercury Insurance Company,
St. Paul Fire and Marine Insurance
Company, and St. Paul Travelers

301015053.1