1 | Jeffrey L. Fillerup, State Bar No. 120543
  | LUCE, FORWARD, HAMILTON & SCRIPPS LLP
2 | Rincon Center II, 121 Spear Street, Suite 200
  | San Francisco, California 94105-1582
3 | Telephone No.: 415.356.4600
  | Fax No.: 415.356.4610
4 | E-mail: jfillerup@luce.com

5 | Attorneys for Defendants
  | Travelers Companies, Inc.,
6 | St. Paul Mercury Insurance Company,
  | St. Paul Fire and Marine Insurance
7 | Company, and St. Paul Travelers

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL BUSINESS SERVICE, INC. AND STEWART J. BURCH, | Case No. C 07-4355 JCS |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| TRAVELERS COMPANIES, INC., ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and ST. PAUL TRAVELERS, | Date:   October 5, 2007
Time:   9:30 a.m.
Courtroom: A (15th Floor) |
| Defendants. | |

1  I, Cheryl Cormier, declare as follows:

2  I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years, and am not a party to this action.

On August 29, 2007, I served the following:

**NOTICE OF MOTION AND MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(6), OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION UNDER CIVIL CODE SECTION 2860**

**MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(6), OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION UNDER CIVIL CODE SECTION 2860**

on the below parties in this action by:

Steven C. Finley, Esq.,
HENNIFER, FINLEY & WOOD, LLP
425 California St. Ste. 1900
San Francisco, CA
Telephone 415.296.0111
Facsimile 415.296.7111
E-Mail: finley@finleydeaton.com

[X]  ELECTRONIC TRANSMISSION: I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Francisco, California on August 29, 2007.

*/s/ Cheryl Cormier*
Cheryl Cormier

301015458.1