Jeffrey L. Fillerup, State Bar No. 120543
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: jfillerup@luce.com

Attorneys for Defendants
Travelers Companies, Inc.,
St. Paul Mercury Insurance Company,
St. Paul Fire and Marine Insurance
Company, and St. Paul Travelers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL BUSINESS SERVICE, INC. AND STEWART J. BURCH,<br><br>　　　　Plaintiff,<br><br>v.<br><br>TRAVELERS COMPANIES, INC., ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and ST. PAUL TRAVELERS,<br><br>　　　　Defendants. | Case No. C 07-4355 JCS<br><br>**CERTIFICATE OF SERVICE** |

1  I, Cheryl Cormier , declare as follows:

2  I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose

3  address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582.  I am readily familiar with the

4  business practices of this office for collection and processing of correspondence for mailing with

5  the United States Postal Service; I am over the age of eighteen years, and am not a party to this

6  action.

7  On August 30, 2007, I served the following:

8  **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

9  on the below parties in this action by:

10  Steven C. Finley, Esq.,
    HENNIFER, FINLEY & WOOD, LLP
11  425 California St. Ste. 1900
    San Francisco, CA
12  Telephone 415.296.0111
    Facsimile 415.296.7111
13  E-Mail: finley@finleydeaton.com

14

15  [X]  **ELECTRONIC TRANSMISSION**: I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.

16

17

18  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

19

20  Executed at San Francisco, California on August 30, 2007.

21

22                    /s/
                      Cheryl Cormier

23  301015458.1

24

25

26

27

28

2                                Case No.  C 07-4355 JCS
                                 CERTIFICATE OF SERVICE