Jeffrey L. Fillerup, State Bar No. 120543
Diana L. Donabedian, State Bar No. 191384
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
Rincon Center II, 121 Spear Street, Suite 200
San Francisco, California 94105-1582
Telephone No.: 415.356.4600
Fax No.: 415.356.4610
E-mail: jfillerup@luce.com
       ddonabedian@luce.com

Attorneys for Defendants
Travelers Companies, Inc.,
St. Paul Mercury Insurance Company,
St. Paul Fire and Marine Insurance
Company, and St. Paul Travelers

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL BUSINESS SERVICE, INC. AND STEWART J. BURCH,<br><br>    Plaintiff,<br><br>v.<br><br>TRAVELERS COMPANIES, INC., ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and ST. PAUL TRAVELERS,<br><br>    Defendants. | Case No.<br><br>**CERTIFICATE OF SERVICE**<br><br>Date: November 30, 2007<br>Time: 9:30 a.m.<br>Courtroom: A (15th Floor) |

1     I, Cheryl Cormier, declare as follows:

2     I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582. I am readily familiar with the business practices of this office for collection and processing of correspondence for mailing with the United States Postal Service; I am over the age of eighteen years, and am not a party to this action.

    On September 21, 2007, I served the following:

**REPLY MEMORANDUM IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE 12(b)(6), OR IN THE ALTERNATIVE, MOTION TO COMPEL ARBITRATION UNDER CIVIL CODE SECTION 2860**

on the below parties in this action by placing a true copy (copies) thereof in a separate envelope(s), addressed as shown, for collection and mailing on the below indicated day pursuant to the ordinary business practice of this office which is that correspondence for mailing is collected and deposited with the United States Postal Service on the same day in the ordinary course of business:

Steven C. Finley, Esq.,
HENNIFER, FINLEY & WOOD, LLP
425 California St. Ste. 1900
San Francisco, CA
Telephone 415.296.0111
Facsimile 415.296.7111

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Executed at San Francisco, California on September 21, 2007.

_____
Cheryl Cormier

301015066.1

2

Case No.
CERTIFICATE OF SERVICE