**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAPITAL BUSINESS SERVICE, ET AL., | No. C 07-04355 (JCS) |
| Plaintiff(s), | |
| v. | CLERK'S NOTICE |
| TRAVELERS COMPANIES INC., ET AL., | |
| Defendant(s). | |
| _____/ | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the that the Initial Case Management Conference, previously noticed for November 30, 2007, at 9:30 a.m., has been **RE-SET TO THE SAME DAY, at 1:30 p.m.** The joint case management conference statement shall be due by **November 21, 2007**. Any party requesting a continuance shall submit a stipulation and proposed order. All counsel shall report to 450 Golden Gate Avenue, Courtroom A, 15th Floor, San Francisco, California.

Dated: November 8, 2007

FOR THE COURT,
Richard W. Wieking, Clerk

by: _Karen L. Hom_____
Karen L. Hom
Courtroom Deputy