1    Jeffrey L. Fillerup, State Bar No. 120543
     Diana L. Donabedian, State Bar No. 191384
2    LUCE, FORWARD, HAMILTON & SCRIPPS LLP
     Rincon Center II, 121 Spear Street, Suite 200
3    San Francisco, California 94105-1582
     Telephone No.: 415.356.4600
4    Fax No.: 415.356.4610
     E-mail:  jfillerup@luce.com
5            ddonabedian@luce.com

6
     Attorneys for Defendants
7    Travelers Companies, Inc.,
     St. Paul Mercury Insurance Company,
8    St. Paul Fire and Marine Insurance
     Company, and St. Paul Travelers
9

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15   CAPITAL BUSINESS SERVICE, INC. AND        Case No. C 07-4355-JCS
     STEWART J. BURCH,
16
            Plaintiffs,
17                                             **STIPULATION SELECTING ADR
                                               PROCESS [ADR L.R. 3-5]**
18   v.

19   TRAVELERS COMPANIES, INC., ST.
     PAUL MERCURY INSURANCE
20   COMPANY, ST. PAUL FIRE AND MARINE
     INSURANCE COMPANY, and ST. PAUL
21   TRAVELERS,

22          Defendants.

23

24
            The parties hereby  stipulate to participate in Mediation pursuant to Local ADR Rule 6.
25

26

27

28
                                     1                    Case No. C 07-4355 JCS
                                            STIPULATION SELECTING ADR PROCESS

DATED: November    , 2007        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
Jeffrey L. Fillerup
Attorneys for Defendants
Travelers Companies, Inc.,
St. Paul Mercury Insurance Company,
St. Paul Fire and Marine Insurance
Company, and St. Paul Travelers

DATED: November 9 , 2007        HENNEFER FINLEY & WOOD LLP

By: _____
Steven C. Finley
Attorneys for Plaintiffs Capital Business Services, Inc.
and Stewart J. Burch

3C1021361.1

2

Case No. C 07-4355 JCS
STIPULATION SELECTING ADR PROCESS

1      I, Cheryl Cormier , declare as follows:

2      I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose

3   address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582.  I am readily familiar with the

4   business practices of this office for collection and processing of correspondence for mailing with

5   the United States Postal Service; I am over the age of eighteen years, and am not a party to this

6   action.

7      On November 9, 2007, I served the following:

8                    **STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]**

9   on the below parties in this action by:

10  Steven C. Finley, Esq.,
    HENNIFER, FINLEY & WOOD, LLP
11  425 California St. Ste. 1900
    San Francisco, CA
12  Telephone 415.296.0111
    Facsimile 415.296.7111
13  E-Mail: finley@finleydeaton.com

14

15  **[X]      ELECTRONIC TRANSMISSION**: I declare that a copy of said document(s) was filed
            electronically on the above date through the ECF system for the United States District
16          Court, Northern District of California and to the best of my knowledge notice of this filing
            will be transmitted to all parties through the Court's ECF system.

17

18     I declare under penalty of perjury under the laws of the State of California that the

19  foregoing is true and correct.

20     Executed at San Francisco, California on November 9, 2007.

21

22                        _____/s/_____
                          Cheryl Cormier

23

24

25

26

27

28
                                3