1  Jeffrey L. Fillerup, State Bar No. 120543
   Diana L. Donabedian, State Bar No. 191384
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  E-mail:  jfillerup@luce.com
            ddonabedian@luce.com
6
7  Attorneys for Defendants
   Travelers Companies, Inc.,
8  St. Paul Mercury Insurance Company,
   St. Paul Fire and Marine Insurance
9  Company, and St. Paul Travelers

10

11

12                    UNITED STATES DISTRICT COURT

13                   NORTHERN DISTRICT OF CALIFORNIA

14

15  | CAPITAL BUSINESS SERVICE, INC. AND | Case No. C 07-4355-JCS |
    | STEWART J. BURCH, | |
16  | | |
    | Plaintiffs, | |
17  | | **STIPULATION SELECTING ADR** |
    | v. | **PROCESS [ADR L.R. 3-5]** |
18  | | |
    | TRAVELERS COMPANIES, INC., ST. | |
19  | PAUL MERCURY INSURANCE | |
    | COMPANY, ST. PAUL FIRE AND MARINE | |
20  | INSURANCE COMPANY, and ST. PAUL | |
    | TRAVELERS, | |
21  | | |
    | Defendants. | |
22

23

24          The parties hereby stipulate to participate in Mediation pursuant to Local ADR Rule 6.
25

26

27

28
                                            1                        Case No. C 07-4355 JCS
                                                       STIPULATION SELECTING ADR PROCESS

1

2 | DATED: November      , 2007          LUCE, FORWARD, HAMILTON & SCRIPPS LLP

3

4                                        By: _____
                                            Jeffrey L. Tillerup
5                                           Attorneys for Defendants
                                            Travelers Companies, Inc.,
6                                           St. Paul Mercury Insurance Company,
                                            St. Paul Fire and Marine Insurance
7                                           Company, and St. Paul Travelers

8

9 | DATED: November 9, 2007              HENNEFER FINLEY & WOOD LLP

10

11                                       By: _____
                                            Steven C. Finley
12                                          Attorneys for Plaintiffs Capital Business Services, Inc.
                                            and Stewart J. Burch

13

14

15 | 301021361.1

16 | IT IS HEREBY ORDERED that pursuant to the above stipulation, this matter shall be referred

17 | to Mediation, to occur within ninety (90) days from the date of this Order.

18

19 | Dated: 11/13/07

20                          IT IS SO ORDERED
                            Judge Joseph C. Spero
21

22

23

24

25

26

27

28

1  I, Cheryl Cormier , declare as follows:

2  I am employed with the law firm of Luce, Forward, Hamilton & Scripps LLP, whose
3  address is 120 Spear St., Ste. 200, San Francisco, CA 94105-1582.  I am readily familiar with the
4  business practices of this office for collection and processing of correspondence for mailing with
5  the United States Postal Service; I am over the age of eighteen years, and am not a party to this
6  action.

7  On November 9, 2007, I served the following:

8  **STIPULATION SELECTING ADR PROCESS [ADR L.R. 3-5]**

9  on the below parties in this action by:

10 Steven C. Finley, Esq.,
   HENNIFER, FINLEY & WOOD, LLP
11 425 California St. Ste. 1900
   San Francisco, CA
12 Telephone 415.296.0111
   Facsimile 415.296.7111
13 E-Mail: finley@finleydeaton.com

14

15 **[X]   ELECTRONIC TRANSMISSION**: I declare that a copy of said document(s) was filed electronically on the above date through the ECF system for the United States District Court, Northern District of California and to the best of my knowledge notice of this filing will be transmitted to all parties through the Court's ECF system.
16
17
   I declare under penalty of perjury under the laws of the State of California that the
18
   foregoing is true and correct.
19
   Executed at San Francisco, California on November 9, 2007.
20

21
                                    ___/s/_____
22                                  Cheryl Cormier

23

24

25

26

27

28

3                                          Case No. C 07-4355 JCS
                                   STIPULATION SELECTING ADR PROCESS