# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Capital Insurance Service, Inc., <br><br>           Plaintiff(s), <br><br>   v. <br><br> Travelers Companies, Inc., <br><br>           Defendant(s). | 07-04355 JCS MED <br><br> **Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Richard D. Warren**
Mediation & Arbitration Offices of Richard D. Warren
929 Fresno Avenue
Berkeley, CA 94707
510-528-4423

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

1  Counsel are reminded that the written mediation statements required by the ADR
2  L.R. 6-7 shall NOT be filed with the court.
3
4  Dated: November 19, 2007

RICHARD W. WIEKING
Clerk
by:    Alice M. Fiel

_____/s/_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov