# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO.** C 07-04355 JCS

**CASE NAME:** CAPITAL BUSINESS SERVICE v. TRAVELERS COMPANIES, ET AL.

**MAGISTRATE JUDGE JOSEPH C. SPERO**     **COURTROOM DEPUTY**: Karen Hom

**DATE**: November 30, 2007     **TIME:** 4 mins     **COURT REPORTER**: Not recorded

**COUNSEL FOR PLAINTIFF:**     **COUNSEL FOR DEFENDANT:**
Steven C. Finley     Jeffrey L. Fillerup

**PROCEEDINGS:**     **RULING:**

1. Case Management Conference     Held.

**ORDERED AFTER HEARING:**

Court mediation shall be completed by 2/13/8.

**ORDER TO BE PREPARED BY:**     ( ) Plaintiff     ( ) Defendant     (X) Court

**CASE CONTINUED TO:** 02/29/08 at 1:30 p.m., for a further case mgmt conference.

| | | |
|---|---|---|
| **Number of Depos:** | **Number of Experts:** | **Discovery Cutoff:** 07/01/08 |
| **Expert Disclosure:** 07/01/08 | **Expert Rebuttal:** 07/15/08 | **Expert Discovery Cutoff:** 07/31/08 |
| **Motions Hearing:** 08/22/08 at 1:30 p.m. | | **Pretrial Conference:** 11/21/08 at 1:30 p.m. |

**Trial Date:**    12/08/08 at 8:30 a.m.   (X) Jury    ( ) Court    Set for 4 days

**cc:**    **Chambers; Karen**
* (T) = Telephonic Appearance