1 | Steven C. Finley, Esq. (State Bar No. 074391)
HENNEFER, FINLEY & WOOD, LLP
2 | 425 California Street, 19th Floor
San Francisco, CA 94104
3 | Telephone: (415) 296-0111
Facsimile: (415) 296-7111
4 | E-mail: SFinley@finleylaw.biz

5 | Attorneys for Plaintiffs and Counterclaim-
Defendants Capital Business Service, Inc.
6 | and Stewart J. Burch

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPITAL BUSINESS SERVICE, INC. and STEWART J. BURCH,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>THE TRAVELERS COMPANIES INC., formerly ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and ST. PAUL TRAVELERS, and DOES 1 through 10, inclusive,<br><br>　　　　　Defendants.<br>_____<br>ST. PAUL MERCURY INSURANCE COMPANY,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>CAPITAL BUSINESS SERVICE, INC. and STEWART J. BURCH,<br><br>　　　　　Counterclaim – Defendants. | Case No.: 3:07-cv-04355 JCS<br><br>**ANSWER TO COUNTERCLAIM** |

Defendants Capital Business Service, Inc. and Stewart J. Burch hereby respond to and answer the counterclaim on file herein as follows:

1. Responding to the allegations in paragraphs 1 through 6 of the counterclaim, counterclaim-defendants admit the allegations therein.

2. Responding to the allegations in paragraph 7 of the counterclaim, counterclaim-defendants deny the allegations of paragraph 7 and allege that these counterclaim-defendants were covered under the terms of the St. Paul Policy.

3. Responding to the allegations in paragraph 8 of the counterclaim, counterclaim-defendants deny the allegations of said paragraph, and allege that some of the claims in the underlying suit were covered under the terms of the St. Paul Policy.

4. Responding to the allegations in paragraph 9 of the counterclaim, counterclaim-defendants deny the allegations of said paragraph and deny that any "defense agreement" was entered into between St. Paul Mercury and counterclaim-defendants on the terms stated or otherwise.

5. Responding to the allegations of paragraph 10 of the counterclaim, counterclaim-defendants are without information and belief sufficient to admit or deny the allegations therein, and on that basis, deny the same.

6. Responding to the allegations of paragraph 11 of the counterclaim, counterclaim-defendants are without information and belief sufficient to admit or deny the allegations therein, and on that basis, deny the same.

7. Responding to the allegations of paragraph 12 of the counterclaim, counterclaim-defendants deny the allegations of this paragraph, and deny that there was any "defense agreement," and therefore deny that counterclaim-defendants have breached the "defense agreement."

8. Responding to the allegations of paragraph 13 of the counterclaim, counterclaimant-defendants deny each and every allegation therein.

## SECOND CLAIM FOR RELIEF

9. Responding to the allegations of paragraph 14 of the counterclaim, counterclaim-defendants incorporate by reference the prior responses to paragraphs 1 through 13 of the counterclaim.

1  10.  Responding to the allegations of paragraph 15 of the counterclaim, counterclaim-defendants admit that an actual controversy exists between St. Paul Mercury and the counterclaim-defendants, as to whether there was any "defense agreement" and, if so, the terms thereof.

11.  Responding to the allegations of paragraph 16 of the counterclaim, counterclaim-defendants are without information and belief sufficient to admit or deny the allegations therein, and on that basis, deny the same.

12.  Responding to the allegations of paragraph 17 of the counterclaim, counterclaim-defendants admit that they deny the terms of the "defense agreement" as alleged, and allege that St. Paul Mercury was obligated to pay the defense costs incurred in the defense of their insured pursuant to the terms of the Policy and applicable law.

13.  Responding to the allegations of paragraph 18 of the counterclaim, counterclaim-defendants admit that St. Paul Mercury seeks declaratory relief by its second claim.

WHEREFORE, counterclaim-defendants pray that judgment be entered in their favor on the counterclaim and that St. Paul Mercury recover nothing by virtue of its counterclaim, and that counterclaim-defendants be awarded their attorney's fees and costs in defense of the counterclaim, and such other and further relief as the court may deem just and proper.

Dated: December 19, 2007          Respectfully Submitted,

HENNEFER, FINLEY & WOOD

By     s/SCF
       Steven C. Finley
       Attorneys for Plaintiffs and Counterclaim-
       Defendants Capital Business Service, Inc. and
       Stewart J. Burch