Richard D. Warren  
Mediation and Arbitration

929 Fresno Avenue, Berkeley CA 94707  
Tel 510.528.4423  Fax 510.528.1123  
rickwarren@pacbell.net

BY E-MAIL ONLY

January 15, 2008

Steven C. Finely  
Hennefer, Finley & Wood LLP  
425 California Street, 19th Floor  
San Francisco, CA 94111  
E-Mail: finley@finelydeaton.com

Jeffrey C. Fillerup  
Diana Donabedian  
Luce Forward Hamilton & Scripps LLP  
121 Spear Street, Suite 200  
San Francisco, CA 94105  
E-Mail: jfillerup@luce.com  
E-Mail: ddonabedian@luce.com

Re: *Capital Business Service Inc. v. Travelers Companies, Inc. et al.*  
USDC No. Dist. Of Cal. Case No. C 07-04355 JCS MED  
**DEADLINE for Mediation Session: February 11, 2008**

Dear Counsel:

As you probably know, I have been appointed by the District Court to serve as the mediator in this case under the Court's Mediation program. Please be sure to review carefully ADR L. R. 6 which governs the mediation program. I attach a resume describing my professional experience as a neutral evaluator, mediator and arbitrator.

SCHEDULING PRELIMINARY CONFERENCE  
As provided in ADR L. R. 6-6, I will conduct a telephone conference within the next two weeks with all counsel who will participate in the mediation session to discuss the following:

- The procedures to be followed
- The nature of the case
- **Appropriate dates for the mediation session to be completed on or before February 11, 2008,** the location of the mediation session and the length of the session
- The parties who will be present at the sessions and other procedural matters
- Ideas to improve the effectiveness of the session or matters that could pose impediments
- Requirements for your written mediation statements, and
- Any questions you might have about the mediation program

Messrs. Finley & Fillerup and Ms. Donabedian
January 15, 2008
Page 2

I anticipate that the telephone conference will last approximately one-half hour. I **enclose two Scheduling Sheets for you to fill out and return to me by Fax or e-mail.** I will schedule the call at a mutually convenient time and send you notice in advance by e-mail.

**Before the telephone call, please be certain you have checked with your clients, insurers and others whom you wish to attend the session to ascertain their available dates in February 2008 when we can hold the mediation session.**

CONFLICTS DISCLOSURE
My conflicts check has revealed no actual or potential conflicts of interest under 28 U. S. C. §455 (a) and (b), and I am not aware of any other circumstances that would compromise my impartiality or the appearance of impartiality.

I look forward to assisting you and your clients to resolve this case.

Sincerely yours,

Richard D. Warren

CC:   Alice M. Fiel
      ADR Case Administrator

CALENDAR OF AVAILABLE DATES FOR PRELIMINARY CONFERENCE

IN MEDIATION OF CASE

Re:   *Capital Business Service Inc. v. Travelers Companies, Inc. et al.*
      USDC No. Dist. Of Cal. Case No. C 07-04355 JCS MED

Week of January 15-18, 2008

CROSS OUT TIMES YOU ARE NOT AVAILABLE

| Monday | Tuesday | Wednesday | Thursday | Friday |
|--------|---------|-----------|----------|--------|
| 8:00 AM | 8:00 AM | 8:00 AM | 8:00 AM | 8:00 AM |
| 9:00 AM | 9:00 AM | 9:00 AM | 9:00 AM | 9:00 AM |
| 10:00 AM | 10:00 AM | 10:00 AM | 10:00 AM | 10:00 AM |
| 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM |
| NOON | NOON | NOON | NOON | NOON |
| 1:00 PM | 1:00 PM | 1:00 PM | 1:00 PM | 1:00 PM |
| 2:00 PM | 2:00 PM | 2:00 PM | 2:00 PM | 2:00 PM |
| 3:00 PM | 3:00 PM | 3:00 PM | 3:00 PM | 3:00 PM |
| 4:00 PM | 4:00 PM | 4:00 PM | 4:00 PM | 4:00 PM |
| 5:00 PM | 5:00 PM | 5:00 PM | 5:00 PM | 5:00 PM |
| 6:00 PM | 6:00 PM | 6:00 PM | 6:00 PM | 6:00 PM |

YOUR NAME: _____
                         [print]


PHONE NUMBER WHERE YOU MAY BE REACHED FOR CONFERENCE:

_____

PLEASE COMPLETE THE ABOVE AND RETURN BY FAX TO
RICHARD D. WARREN, MEDIATOR, AT 510.528.1123 or e-mail to
rickwarren@pacbell.net

CALENDAR OF AVAILABLE DATES FOR PRELIMINARY CONFERENCE

IN MEDIATION OF CASE

Re: *Capital Business Service Inc. v. Travelers Companies, Inc. et al.*
USDC No. Dist. Of Cal. Case No. C 07-04355 JCS MED

Week of January 21-25, 2008

CROSS OUT TIMES YOU ARE NOT AVAILABLE

| Monday | Tuesday | Wednesday | Thursday | Friday |
|---|---|---|---|---|
| 8:00 AM | 8:00 AM | 8:00 AM | 8:00 AM | 8:00 AM |
| 9:00 AM | 9:00 AM | 9:00 AM | 9:00 AM | 9:00 AM |
| 10:00 AM | 10:00 AM | 10:00 AM | 10:00 AM | 10:00 AM |
| 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM | 11:00 AM |
| NOON | NOON | NOON | NOON | NOON |
| 1:00 PM | 1:00 PM | 1:00 PM | 1:00 PM | 1:00 PM |
| 2:00 PM | 2:00 PM | 2:00 PM | 2:00 PM | 2:00 PM |
| 3:00 PM | 3:00 PM | 3:00 PM | 3:00 PM | 3:00 PM |
| 4:00 PM | 4:00 PM | 4:00 PM | 4:00 PM | 4:00 PM |
| 5:00 PM | 5:00 PM | 5:00 PM | 5:00 PM | 5:00 PM |
| 6:00 PM | 6:00 PM | 6:00 PM | 6:00 PM | 6:00 PM |

YOUR NAME: _____
[print]

PHONE NUMBER WHERE YOU MAY BE REACHED FOR CONFERENCE:

_____

PLEASE COMPLETE THE ABOVE AND RETURN BY FAX TO
RICHARD D. WARREN, MEDIATOR, AT 510.528.1123 or e-mail to
rickwarren@pacbell.net