Richard D. Warren
Mediation and Arbitration

929 Fresno Avenue, Berkeley CA 94707
Tel  510.528.4423  Fax  510.528.1123
rickwarren@pacbell.net

BY E-MAIL ONLY

January 31, 2008

Steven C. Finely
Hennefer, Finley & Wood LLP
425 California Street, 19th Floor
San Francisco, CA 94111
E-Mail: finley@finelydeaton.com

Jeffrey C. Fillerup
Diana Donabedian
Luce Forward Hamilton & Scripps LLP
121 Spear Street, Suite 200
San Francisco, CA 94105
E-Mail: jfillerup@luce.com
E-Mail: ddonabedian@luce.com

Re:  *Capital Business Service Inc. v. Travelers Companies, Inc. et al.*
     USDC No. Dist. Of Cal. Case No. C 07-04355 JCS MED
     **MEDIATION SESSION ON TUESDAY, FEBRUARY 26, 2008 AT 10:00 A.M.**

Dear Counsel:

This will confirm that in our telephone conversation on January 22, 2008, we agreed to the following schedule:

    Mediation statements due no later than 4:00 p.m. on February 15, 2008

    Mediation session will be held on Tuesday, February 26, 2008 beginning at 10:00 a.m. at the office of Jeffrey Fillerup, Luce Forward etc. 121 Spear Street, Suite 200, San Francisco, CA 94105

I look forward to assisting you and your clients to resolve this case.

Sincerely yours,

Richard D. Warren

CC:  Alice M. Fiel
     ADR Case Administrator