# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Capital Insurance Service, Inc., | No. C 07-04355 JCS MED |
| Plaintiff(s), | **Certification of ADR Session** |
| v. | |
| Travelers Companies, Inc., | |
| Defendant(s). | |

*Instructions: The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.*

1. I hereby certify that the parties in this matter held a ☒ Mediation or ☐ ENE session on (date) Feb 26, 2008

2. Did the case settle?   ☒ fully   ☐ partially   ☐ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☐ no

4. **IS THIS ADR PROCESS COMPLETED?**   ☒ YES   ☐ NO

Dated: Feb 27, 2008       _____
**Mediator, Richard D. Warren**
Mediation & Arbitration Offices of Richard D. Warren
929 Fresno Avenue
Berkeley, CA 94707

**Certification of ADR Session**
07-04355 JCS MED