# HENNEFER, FINLEY & WOOD, LLP

ATTORNEYS AT LAW
425 CALIFORNIA STREET
NINETEENTH FLOOR
SAN FRANCISCO, CALIFORNIA 94104

TELEPHONE: (415) 296-0111
FACSIMILE: (415) 296-7111

STEVEN C. FINLEY
EMAIL: SFinley@finleylaw.biz

February 27, 2008

Karen Hom
Clerk to Magistrate Joseph C. Spero
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   *Capital Business Services, Inc. v. The Travelers Companies, Inc., et al.*
      United States District Court, N.D. Cal. - Action No. C-07-4355-JCS

Dear Ms. Hom:

This is to confirm that plaintiff's request a 45 day conditional dismissal order. We understand that the case management conference set for Friday, February 29, 2008 will be taken off calendar.

Sincerely,

Steven C. Finley

SCF/mli
Cc: Jeffrey L. Fillerup, Esq. (*Via email*)
L-Hom.doc