1  Jeffrey L. Fillerup, State Bar No. 120543
   Diana L. Donabedian, State Bar No. 191384
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  E-mail: jfillerup@luce.com
           ddonabedian@luce.com
6
7  Attorneys for Defendants
   Travelers Companies, Inc.,
8  St. Paul Mercury Insurance Company,
   St. Paul Fire and Marine Insurance
9  Company, and St. Paul Travelers, and
   Counterclaimant St. Paul Mercury Insurance
10 Company

11

12                UNITED STATES DISTRICT COURT

13                NORTHERN DISTRICT OF CALIFORNIA

14

15 CAPITAL BUSINESS SERVICE, INC., and          Case No. C 07-4355-JCS
   STEWART J. BURCH,
16
        Plaintiffs,
17
   v.                                           **STIPULATION TO DISMISS THE
18                                              COMPLAINT AND COUNTERCLAIM
   TRAVELERS COMPANIES, INC., ST.               WITH PREJUDICE, AND ORDER
19 PAUL MERCURY INSURANCE                       THEREON**
   COMPANY, ST. PAUL FIRE AND MARINE
20 INSURANCE COMPANY, and ST. PAUL
   TRAVELERS,
21
        Defendants.
22

23 ST. PAUL MERCURY INSURANCE
   COMPANY,
24
        Counterclaimant,
25 v.

26 CAPITAL BUSINESS SERVICE, INC. and
   STEWART J. BURCH,
27
        Counterclaim - Defendants.
28

1  Plaintiffs Stewart J. Burch and Capital Business Service, Inc. ("Plaintiffs), by and through
2  their counsel of record, and Defendants Travelers Companies, Inc., St. Paul Mercury Insurance
3  Company, St. Paul Fire and Marine Insurance Company, and St. Paul Travelers ("Defendants"),
4  by and through their counsel of record, hereby stipulate to the Court's entry of an order
5  dismissing with prejudice all of the claims alleged in the Complaint, each party to bear its own
6  costs and attorney's fees.

7  Counterclaimant St. Paul Mercury Insurance Company, by and through its counsel of
8  record, and Counterclaim-Defendants Stewart J. Burch and Capital Business Service, Inc., by and
9  through their counsel of record, hereby stipulate to the Court's entry of an order dismissing with
10 prejudice all of the claims alleged in the Counterclaim in this case with prejudice, each party to
11 bear its own costs and attorney's fees.

12 The parties have settled all of their claims and counterclaims in this case, and the Court's
13 entry of an order dismissing the Complaint and Counterclaim will constitute a final dismissal of all
14 claims by all parties in this case with prejudice.

15 DATED: March 3, 2008         LUCE, FORWARD, HAMILTON & SCRIPPS LLP

17                               By: _____
                                     Jeffrey L. Fillerup
18                                   Attorneys for Defendants
                                     Travelers Companies, Inc.,
19                                   St. Paul Mercury Insurance Company,
                                     St. Paul Fire and Marine Insurance
20                                   Company, and St. Paul Travelers, and
                                     Counterclaimant St. Paul Mercury Insurance
21                                   Company

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

DATED: March 3, 2008          HENNEFER, FINLEY & WOOD LLP

By: /s/ Steven C. Finley
Steven C. Finley
Attorneys for Plaintiffs and Counterclaim-Defendants
Capital Business Service, Inc. and Stewart J. Burch

## ORDER OF DISMISSAL

Based upon the foregoing Stipulation and for good cause appearing,

IT IS HEREBY ORDERED that all of the claims alleged in the Complaint and Counterclaim in this case are hereby dismissed with prejudice, and each party is to bear its own costs and attorney's fees.

DATED: March      , 2008          _____
                                   United States Magistrate Judge

301032343.1