1  Jeffrey L. Fillerup, State Bar No. 120543
   Diana L. Donabedian, State Bar No. 191384
2  LUCE, FORWARD, HAMILTON & SCRIPPS LLP
   Rincon Center II, 121 Spear Street, Suite 200
3  San Francisco, California 94105-1582
4  Telephone No.: 415.356.4600
   Fax No.: 415.356.4610
5  E-mail:  jfillerup@luce.com
            ddonabedian@luce.com
6
7  Attorneys for Defendants
   Travelers Companies, Inc.,
8  St. Paul Mercury Insurance Company,
   St. Paul Fire and Marine Insurance
9  Company, and St. Paul Travelers, and
   Counterclaimant St. Paul Mercury Insurance
10 Company

11

12              UNITED STATES DISTRICT COURT

13              NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| 15  CAPITAL BUSINESS SERVICE, INC., and STEWART J. BURCH, | Case No. C 07-4355-JCS |
| 16  Plaintiffs, | |
| 17  v. | **STIPULATION TO DISMISS THE COMPLAINT AND COUNTERCLAIM WITH PREJUDICE, AND ORDER THEREON** |
| 18  TRAVELERS COMPANIES, INC., ST. PAUL MERCURY INSURANCE COMPANY, ST. PAUL FIRE AND MARINE INSURANCE COMPANY, and ST. PAUL TRAVELERS, | |
| 21  Defendants. | |
| 23  ST. PAUL MERCURY INSURANCE COMPANY, | |
| 24  Counterclaimant, | |
| 25  v. | |
| 26  CAPITAL BUSINESS SERVICE, INC. and STEWART J. BURCH, | |
| 27  Counterclaim - Defendants. | |

1    Plaintiffs Stewart J. Burch and Capital Business Service, Inc. ("Plaintiffs), by and through
2  their counsel of record, and Defendants Travelers Companies, Inc., St. Paul Mercury Insurance
3  Company, St. Paul Fire and Marine Insurance Company, and St. Paul Travelers ("Defendants"),
4  by and through their counsel of record, hereby stipulate to the Court's entry of an order
5  dismissing with prejudice all of the claims alleged in the Complaint, each party to bear its own
6  costs and attorney's fees.

7    Counterclaimant St. Paul Mercury Insurance Company, by and through its counsel of
8  record, and Counterclaim-Defendants Stewart J. Burch and Capital Business Service, Inc., by and
9  through their counsel of record, hereby stipulate to the Court's entry of an order dismissing with
10 prejudice all of the claims alleged in the Counterclaim in this case with prejudice, each party to
11 bear its own costs and attorney's fees.

12   The parties have settled all of their claims and counterclaims in this case, and the Court's
13 entry of an order dismissing the Complaint and Counterclaim will constitute a final dismissal of all
14 claims by all parties in this case with prejudice.

15 DATED: March 3, 2008        LUCE, FORWARD, HAMILTON & SCRIPPS LLP

17                             By: _____
                                  Jeffrey L. Fillerup
18                                Attorneys for Defendants
19                                Travelers Companies, Inc.,
                                  St. Paul Mercury Insurance Company,
20                                St. Paul Fire and Marine Insurance
                                  Company, and St. Paul Travelers, and
21                                Counterclaimant St. Paul Mercury Insurance
                                  Company

23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

                                    2                   Case No. C 07-4355-JCS
                                                        STIPULATION TO DISMISS THE COMPLAINT
                                                        AND COUNTERCLAIM WITH PREJUDICE,
                                                        AND ORDER THEREON

DATED: March 3, 2008          HENNEFER, FINLEY & WOOD LLP

By: _____
Steven C. Finley
Attorneys for Plaintiffs and Counterclaim-Defendants
Capital Business Service, Inc. and Stewart J. Burch

**ORDER OF DISMISSAL**

Based upon the foregoing Stipulation and for good cause appearing,

IT IS HEREBY ORDERED that all of the claims alleged in the Complaint and Counterclaim in this case are hereby dismissed with prejudice, and each party is to bear its own costs and attorney's fees.

DATED: March 4, 2008

_____
United States [Magistrate Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — signed by Judge Joseph C. Spero]*

301032343.1